IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:
MICANEASHA ROSS

_____ Debtor

CASE NO.: 3:16-bk-02332-PMG
Estimated Time: 5 Minutes
Conf. Hrg: 9/6/2016 @ 9:30 am
Chapter 13

**TRUSTEE'S OBJECTION TO CONFIRMATION OF
DEBTOR'S CHAPTER 13 PLAN**

COMES NOW DOUGLAS W. NEWAY, TRUSTEE, who hereby objects to the confirmation of the Chapter 13 Plan if it falls below one in which the claims are being paid in full and states,

1. Per 11 U.S.C. §§521(e)(2), 1308, the Debtor is required to provide to the Trustee proof of filing the 2014 and 2015 federal income tax returns and, per 11 U.S.C. §521(a)(1)(B)(iv), the Debtor is required to provide the Trustee with the proof of income including but not limited to pay advices for six (6) months preceding the filing of this petition. The Debtor is in violation of the Bankruptcy Rules and Code as well as the Corrective Second Amended Administrative Order Prescribing Procedures for Chapter 13 Cases, Number FLMB-2015-8, dated April 7, 2016 by failing to provide that information. The Trustee objects to confirmation even if the plan is paying all claims in full unless the Debtor provides the documentation as required.

2. Pursuant to 11 U.S.C. §1325(a)(4), based on the Schedules and Plan as filed, the unsecured creditors would receive a greater distribution if the estate of the Debtor was liquidated under a Chapter 7 bankruptcy. The Debtor must continue to provide for the unsecured claims as required by the Bankruptcy Code or the Trustee objects to confirmation.

3. Per 11 U.S.C. § 521(a)(1), the Debtor is required to disclose all of her assets and liabilities as well as her income and expenses. The Debtor is in violation of the Bankruptcy Rules and Code by failing to provide that information. Specifically, the Debtor needs to amend Schedule A/B, line 3, and

Schedule F, to properly reflect the information required.  The Trustee objects to confirmation even if the plan is paying all claims in full unless the Debtor discloses all of her assets and liabilities as well as her income and expenses.

    WHEREFORE the TRUSTEE objects to confirmation of the Chapter 13 Plan.

    DOUGLAS W. NEWAY, CHAPTER 13 TRUSTEE
By */s/ John J. Freeman, Jr.*
Douglas W. Neway
Florida Bar No. 0709948
Marsha M. Brown, Attorney for Trustee
Florida Bar #650064
John J. Freeman, Jr. Attorney for Trustee
Florida Bar #58618
P.O. Box 4308
Jacksonville, Florida 32201-4308
Telephone    (904)358-6465
FAX    (904)634-0038
attorneys@ch13jaxfl.com

CERTIFICATE OF SERVICE

I hereby certify a true and correct copy of the foregoing was served by electronic transmission, facsimile transmission and/or U.S. Mail on this 5th day of August 2016 on the following:

Micaneasha Ross, 502 Center Street, Live Oak, Florida 32064
D.C. Higginbotham, Esquire, 925 Forest Street, Jacksonville, Florida 32204

*/s/ John J. Freeman, Jr.*