ORDERED.

Dated: September 12, 2016

_____
Paul M. Glenn
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA JACKSONVILLE DIVISION

In Re:                                                              CASE NO: 3:16-bk-02332-PMG
                                                                    Chapter 13
MICANEASHA ROSS

    Debtor
_____

### ORDER DENYING TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO PROVIDE INFORMATION

Upon hearing held on September 6, 2016, it is

**ORDERED:**

The Trustee's Motion to Dismiss for Failure to Provide Information is denied.

Copies furnished to:
All Interested Parties

Douglas W. Neway, Chapter 13 Standing Trustee is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.